UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BYRON W. PENOYER,

        Plaintiff,

vs.

WELTMAN, WEINBERG & REIS CO., L.P.A., *et al.*,

        Defendants.

                                    /

Case No. 1:12-cv-497

Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

        In accordance with the Opinion and Order dated April 19, 2013, Judgment is entered in favor of all named defendants and against plaintiff Byron W. Penoyer.

Dated: April 19, 2013                      /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge