UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BYRON W. PENOYER,

    Plaintiff,

vs.

Case No. 1:12-cv-497

Hon. Hugh W. Brenneman, Jr.

WELTMAN, WEINBERG & REIS CO.,
L.P.A., *et al.*,

    Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order dated April 19, 2013, Judgment is entered in favor of all named defendants and against plaintiff Byron W. Penoyer.

Dated: April 19, 2013

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge